UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LI ZHI TRAN,

                          Plaintiff,

        -against-

TRAVELERS CASUALTY COMPANY,

                          Defendant.
-------------------------------------------------------x

ORDER
14 CV 3409 (ILG)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Pollak, dated February 22, 2016, recommended that the Court dismiss this action with prejudice for failure to prosecute, pursuant to Federal Rules of Civil Procedure 41(b). Any objections were to be made within 14 days of receipt of the Report, and failure to do so would waive the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety and this case is dismissed with prejudice.

        SO ORDERED.

Dated:        Brooklyn, New York
              March 15, 2016

                                        I. Leo Glasser

Filed by ECF and copy mailed to:
Li Zhi Tran
722 Liberty Avenue
Staten Island, NY 10305